UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kok Haut Seow a/k/a Calvin Seow, Jisoo Kim, and Nae Kyong Yom, *on behalf of themselves, the proposed FLSA Collective, and the putative Rule 23 Class,*<br><br>                      Plaintiffs,<br><br>v.<br><br>Miyabi Inc., d/b/a Miyabi;<br>Lin Shushi inc., d/b/a Miyabi;<br>Cher Leong Yong a/k/a Stanley Yong;<br>Zhongzi Zhen a/k/a Nick Zhen<br>Kevin Yong and<br>Youyan Chen a/k/a Ken Chen,<br><br>                      Defendants. | Court File No.: 19-cv-02692 (JRE/DTS) |

**JOINT MOTION
TO APPROVE SETTLEMENT AGREEMENT**

Plaintiffs KOK HAUT SEOW a/k/a Calvin Seow, JISOO KIM, and NAE KYONG YOM and Defendants Miyabi Inc., et. al, by and through their undersigned counsel, hereby move the Court to enter an order approving the Settlement Agreement achieved between the parties and to dismiss this action with prejudice.

1

                                                          ECKLAND & BLANDO LLP

Dated: June 4, 2021                /S/DANIEL J. CRAGG
                                                          Daniel J. Cragg (#0389888)
                                                          800 Lumber Exchange
                                                          10 South Fifth Street
                                                          Minneapolis, MN 55402
                                                          612-236-0160
                                                          Fax: 612-236-0179
                                                          dcragg@ecklandblando.com

                                                          *Counsel for Plaintiffs*

                                                          HELLMUTH & JOHNSON

Dated: June 4, 2021                /S/ANNE T. REGAN
                                                          Anne T. Regan (#0333852)
                                                          Brian N. Niemczyk (#0386928)
                                                          Katherine A. Herman (#0400831)
                                                          8050 West 78th Street Edina, MN 55439
                                                          Tel.: (952) 941-4005
                                                          Fax: (952) 941-2337
                                                          Email: aregan@hjlawfirm.com
                                                          Email: bniemczyk@hjlawfirm.com
                                                          Email: kherman@hjlawfirm.com

                                                          *Counsel for Defendants*